[No. 62126-2-I.   Division One.   September 21, 2009.]

TIMOTHY A. STANFORD, *Appellant*, v. DOLORES VILLANUEVA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-30241-7, Michael J. Fox, J., entered July 11, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Leach, JJ.

[No. 62176-9-I.   Division One.   September 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNY RUE WINBUSH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00119-3, Gerald L. Knight, J., entered July 24, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[Nos. 62216-1-I; 62217-0-I.   Division One.   September 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK L. LARSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 99-1-09103-1, Cheryl B. Carey, J., entered July 23, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 62263-3-I.   Division One.   September 21, 2009.]

HANIF T. JAFFER, *Appellant*, v. THE CITY OF KIRKLAND, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11157-0, Laura C. Inveen, J., entered August 4, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Cox, JJ.